IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANTONIO FERNANDEZ,

    Plaintiff,

v.                                                              No. CIV-15-1165 MCA/LAM

THE WESTERN GROUP, L.C., and
SOUTHWESTERN SHORTLINE
RAILROAD COMPANY,

    Defendants.

## ORDER SETTING CASE MANAGEMENT STATUS CONFERENCE

**MATTER(S) TO BE HEARD:**    Case Management Status Conference - to discuss the requirements for an adequate Joint Status Report

**DATE AND TIME OF HEARING:**    Friday, September 30, 2016 at 2:15 p.m.
(Trailing Docket – parties must be available
15 minutes prior to this time)

**LOCATION:**    U.S. Courthouse and Federal Building, 5th Floor,
100 N. Church, Las Cruces, NM, before
U.S. Magistrate Judge LOURDES A. MARTÍNEZ

    **The Court shall initiate the call - if the parties will be at a phone number that is different than the one listed on the Court's docket, please notify Judge Martinez' chambers by 11:00 a.m. the day before the hearing.**  The Court's phones can only accommodate up to six telephone lines, including the Court's.  If the parties anticipate that they will exceed this capacity, they must contact the Court immediately so that alternative arrangements may be made.

    IT IS SO ORDERED.

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**