IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANTONIO FERNANDEZ,

    Plaintiff,

v.                                                                       No. CIV-15-1165 MCA/LAM

THE WESTERN GROUP, L.C., and
SOUTHWESTERN SHORTLINE
RAILROAD COMPANY,

    Defendants.

## ORDER ADOPTING JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN WITH CHANGES AND SETTING CASE MANAGEMENT DEADLINES

At the Rule 16 scheduling conference held on November 2, 2016, the Court reviewed the attorneys' Second Amended Joint Status Report and Provisional Discovery Plan [*Doc. 28*], filed October 7, 2016, and adopted it as modified by the dates provided in the Court's Scheduling Order, filed concurrently with this Order.

    IT IS SO ORDERED.

_____
LOURDES A. MARTÍNEZ
UNITED STATES MAGISTRATE JUDGE