IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANTONIO FERNANDEZ,

      Plaintiff,

v.   No. CIV-15-1165 MCA/LAM

THE WESTERN GROUP, L.C., and
SOUTHWESTERN SHORTLINE
RAILROAD COMPANY,

      Defendants.

# ORDER FOR EXPEDITED BRIEFING

**THIS MATTER** is before the Court on *Plaintiff's Opposed Motion to Extend Time Discovery Period [sic] to Conduct Expert Witness Depositions (Doc. 47)*, filed March 30, 2017. In the motion, Plaintiff asks for a sixty-day extension of the discovery period for the parties to depose their respective expert witnesses. *See* [*Doc. 47* at 3]. Plaintiff states that she is unable to schedule the depositions of her experts in April 2017, and that Defendants' counsel objects to taking Plaintiff's experts' depositions after the deadline for Defendants to disclose their expert reports, which is current May 2, 2017. *See id.* at 2 and [*Doc. 47-1* at 2]. In order to address Plaintiff's motion as quickly as possible, the Court will order Defendants to file an expedited response to Plaintiff's motion.

**IT IS THEREFORE ORDERED** that Defendants shall file a response to Plaintiff's motion **no later than noon tomorrow, April 4, 2017**. Plaintiff may file a reply to his motion **no later than 5:00 p.m. tomorrow, April 4, 2017**.

**IT IS SO ORDERED**.

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**