IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANTONIO FERNANDEZ,

   Plaintiff,

v.              No. 2:15-cv-01165 MCA-KRS

SOUTHWESTERN SHORTLINE
RAILROAD COMPANY d/b/a
SOUTHWESTERN RAILROAD
and THE WESTERN GROUP,

   Defendants.

## ORDER GRANTING JOINT MOTION REQUESTING STATUS CONFERENCE TO RESET SETTLEMENT CONFERENCE AND OTHER PRETRIAL DEADLINES

THIS MATTER comes before the Court upon the parties' Joint Motion Requesting Status Conference to Reset Settlement Conference and Other Pretrial Deadlines. Having considered the motion and the record of the case, the Court FINDS and CONCLUDES that the motion is well-taken and should be GRANTED.

**IT IS, THEREFORE, ORDERED** that the Court will hold a telephonic status conference on August 24, 2017, at 1:30 p.m. The parties shall connect to the proceedings by calling Judge Sweazea's "met-me" line at 505. 348.2694.

**IT IS FURTHER ORDERED** that all remaining pretrial deadlines shall be suspended pending the outcome of the status conference.

KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE