# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

ANTONIO FERNANDEZ,

    Plaintiff,

v.                                                  No. 2:15-cv-1165-MCA-KRS

THE WESTERN GROUP, L.C. and
SOUTHWESTERN SHORTLINE
RAILROAD COMPANY d/b/a
SOUTHWESTERN RAILROAD,

    Defendants.

## ORDER STAYING PRETRIAL SCHEDULING

**THIS MATTER** comes before the Court following a telephonic status conference, held on November 20, 2017, to discuss discovery and pretrial deadline options in light of pending dispositive motions. As discussed on the record, the Court has determined that there is good cause to stay pretrial scheduling pending the outcome of Defendants' Motion to Dismiss [Doc. No. 55] and Motion to Strike Plaintiff's Sur-Reply [Doc. No. 69].

    **IT IS SO ORDERED.**

                                          _____
                                          **KEVIN R. SWEAZEA**
                                          **UNITED STATES MAGISTRATE JUDGE**